# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>RIVERA, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00261-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S RESPONSE TO SERVICE DOCUMENTS ORDER AS MOTION FOR EXTENSION OF TIME<br>(ECF No. 13)<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD ORDER TO SHERIFF OF MADERA COUNTY JAIL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE COMPLETED SERVICE DOCUMENTS<br>(ECF No. 13)<br><br>**THIRTY (30) DAY DEADLINE** |

   Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Joe Martinez, Cpl. Gill, Cortes, Cpl. Schmalls, and Sgt. Rivera for retaliation in violation of the First Amendment and for violation of the Equal Protection Clause of the Fourteenth Amendment.

   On July 16, 2025, the Court issued an order authorizing service of Plaintiff's first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 12.) On July 31, 2025, Plaintiff filed a response indicating that he

1  cannot comply with the Court's order to submit six copies of the first amended complaint or
2  postage to send the required documents to the Court. (ECF No. 13.) Plaintiff states that he is
3  indigent and proceeding *in forma pauperis* in this action. Plaintiff further alleges that since
4  inmates have started accessing the Courts to challenge officials' intentional constitutional
5  violations, Madera County Jail administrators have recently implemented regulations and policies
6  specifically to interfere with inmates using this Court and civil litigation. Plaintiff has filed
7  inmate requests for postage and other legal materials, which were denied. Jail administrators'
8  responses prior to denial was requesting proof of litigation and case numbers, etc., which was all
9  provided. When Classification Officer Behe was asked about the status of Plaintiff's inquiry,
10 Officer Behe reported that administrators changed policies and regulations regarding legal mail
11 postage to the civil courts and litigation materials such as photocopies, which is needed here to
12 comply with the Court's order. Plaintiff has requested for his family to be allowed to be his legal
13 runners who would purchase stamps, pens, and other legal materials, or could be allowed to pick
14 up his pleading to take to the Court for filing, but this too was denied. Plaintiff argues that these
15 regulations and policies put in place to interfere with civil rights actions are a direct violation of
16 court access and discrimination, in furtherance of covering up official misconduct that deprives
17 its victims of means to challenge unlawful conduct in court. Plaintiff attaches an exhibit which is
18 the facility's alternate means of access to the courts. The service forms and documents do not fit.
19 For the foregoing reasons, Plaintiff states he cannot comply with the Court's service order,
20 because he cannot afford the postage or photocopies as a result of the recently implemented
21 policies and regulations. Plaintiff requests an order directing the facility to explain how their
22 restrictions meet a legitimate penological goal and how their alternate means is adequate.
23 Plaintiff requests the Court's assistance in what is available for him to comply and continue on
24 with his proceedings. (*Id.*)
25      The Court construes Plaintiff's response as a motion for an extension of time to comply
26 with the Court's July 16, 2025 order for Plaintiff to submit service documents. Having
27 considered the moving papers, the Court finds good cause to grant an extension of time for
28 Plaintiff to complete and submit the necessary service documents.

The Court further notes that pursuant to the Madera County Sheriff's Office Custody Manual,[1] Policy 603.3, "Incarcerated Person Access" provides in relevant part that "Access to courts and legal counsel may occur through . . . written communication.  To facilitate access, this facility will minimally provide: . . . Writing materials, envelopes, and postage for indigent incarcerated persons for legal communications and correspondence."  Policy 1009.10, "Indigent Incarcerated Persons Requests for Writing Materials" further states in relevant part:

> Indigent incarcerated persons shall receive an amount of pre-stamped envelopes and writing paper sufficient to maintain communication with courts, legal counsel, officials of this office, elected officials, jail inspectors, government officials, and officials of the Board of State and Community Corrections. There shall be no limitation on the number of postage-paid envelopes and sheets of paper permitted for correspondence to the indigent incarcerated person's attorney and to the courts (15 CCR 1063(e)).

In light of Plaintiff's apparent difficulties in obtaining cooperation of jail administrative officers to obtain the necessary envelopes and postage to comply with the Court's order, contrary to the publicly-available policies of the Madera County Jail, the Court finds it appropriate to forward a copy of this order to appropriate staff at the Madera County Jail.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's July 31, 2025 response, (ECF No. 13), is construed as a motion for extension of time;
2. Plaintiff's motion for extension of time, (ECF No. 13), is GRANTED;
3. The Clerk of the Court is DIRECTED to forward a copy of this order and Plaintiff's motion, (ECF No. 13), to the Sheriff of the Madera County Jail in Madera, California, or his or her designee, that they might be made aware of the difficulty Plaintiff is experiencing in obtaining the envelopes and postage necessary to comply with the Court's order;
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the necessary service documents and return them as described in the Court's July 16, 2025

---

[1] Available through the Madera County website at https://www.maderacounty.com/government/madera-county-jail/custody-manual.

3

order; and

5. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 4, 2025**              /s/ Barbara A. McAuliffe           _
                                     UNITED STATES MAGISTRATE JUDGE

4