1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CORNEL JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIVERA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00261-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF REPORT OF ATTEMPTS TO COMPLY AS MOTION FOR ADDITIONAL COPIES OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 17)<br><br>ORDER DENYING MOTION FOR ADDITIONAL COPIES OF FIRST AMENDED COMPLAINT AS MOOT<br><br>(ECF No. 17) |
|---|---|

Plaintiff Cornel Jackson ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Joe Martinez, Cpl. Gill, Cortes, Cpl. Schmalls, and Sgt. Rivera for retaliation in violation of the First Amendment and for violation of the Equal Protection Clause of the Fourteenth Amendment.

On July 16, 2025, the Court issued an order authorizing service of Plaintiff's first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 12.) On July 31, 2025, Plaintiff filed a response indicating that he could not comply with the Court's order to submit six copies of the first amended complaint or postage to send the required documents to the Court. (ECF No. 13.) On August 4, 2025, the

1

1 Court construed Plaintiff's response as a motion for an extension of time to comply with the
2 Court's July 16, 2025 order for Plaintiff to submit service documents. The Court granted
3 Plaintiff's motion and directed him to complete and return the necessary service documents
4 within thirty (30) days. (ECF No. 14.)

5       On August 12, 2025, Plaintiff filed a notice of submission of service documents. (ECF
6 No. 15.) The submitted documents included five (5) completed USM-285 forms, one (1) copy of
7 the first amended complaint, and five (5) completed summons forms. (*Id.*)

8       On August 13, 2025, following Plaintiff's submission of service documents, the Court
9 issued an order directing service by the United States Marshals Service without prepayment of
10 costs. (ECF No. 16.) As part of that order, the Court directed the Clerk of the Court to forward
11 the following documents to the United States Marshals Service for each defendant to be served:
12 (1) one completed and issued summons; (2) one completed USM-285 form; (3) one copy of the
13 amended complaint filed on 9/13/2024, plus an extra copy for the Marshals Service; and (4) one
14 copy of the Court's order, plus an extra copy for the Marshals Service. (*Id.* at 1.)

15       On August 14, 2025, Plaintiff filed a notice of his report of attempts to comply with the
16 Court's July 16, 2025 order to submit service documents. (ECF No. 17.) Plaintiff states that
17 immediately after sending his July 31, 2025 response, he went door-to-door within his module
18 selling his lunches and dinner trays for two (2) weeks to obtain an envelope and postage to send
19 the available service documents, "which was the summons forms/USM-285 forms/and one (1)
20 copy provided because he could not get the needed photocopies." (*Id.*) Plaintiff states that "if
21 this Court would charge him for the photocopies he could have his family pay for them directly to
22 the Court." (*Id.*)

23       The Court construes Plaintiff's report as a motion for additional copies of the first
24 amended complaint for purposes of serving defendants. Plaintiff's request is unnecessary. The
25 Clerk of the Court has been directed to forward service documents to the United States Marshals
26 Service, including a copy of the amended complaint filed on 9/13/2024 <u>for each defendant</u> to be
27 served. (ECF No. 16 at 1.) Thus, Plaintiff does not need to submit any additional copies of the
28 first amended complaint for service. Accordingly, Plaintiff's motion requesting copies of the first

2

amended complaint for purposes of serving defendants is DENIED as moot.

IT IS SO ORDERED.

    Dated: **August 15, 2025**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

3