# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RIVERA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00261-KES-BAM (PC)<br><br>ORDER PROVIDING DEFENDANT CORTES WITH THE OPPORTUNITY TO SHOW GOOD CAUSE FOR FAILING TO WAIVE SERVICE<br><br>(ECF No. 23)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Martinez, Gill, Cortes, Schmall[1], and Rivera ("Defendants") for retaliation in violation of the First Amendment and for violation of the Equal Protection Clause of the Fourteenth Amendment.

On August 13, 2025, the Court ordered the United States Marshal to initiate service of process on Defendants.  (ECF No. 16.)  The Marshal was directed to attempt to secure a waiver of service before attempting personal service on a defendant.  If a waiver of service was not returned by the defendant within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any

---

[1] Erroneously sued as "Schmalls."

1

attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

Defendant Schmall returned a signed waiver of service on August 29, 2025. (ECF No. 19.) Defendants Rivera, Gill, and Martinez returned signed waivers of service on September 10, 2025. (ECF No. 20.)

On November 5, 2025, the United States Marshal filed a return of service USM-285 form showing charges of $105.20 for effecting personal service on Defendant Cortes. (ECF No. 23.) The form shows that a waiver of service form was mailed to Defendant Cortes on August 12, 2025. (*Id.*) Defendant Cortes, together with the other named Defendants, filed a first amended answer on November 21, 2025. (ECF No. 24.)

Pursuant to the Court's Order, Defendant Cortes was required to return the waiver to the United States Marshal and the filing of an answer or a motion does not relieve them of this obligation. Defendant Cortes did not return a waiver, which resulted in the execution of personal service on November 5, 2025. (ECF No. 23.)

Rule 4 provides that "[a]n individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expenses later incurred in making service. . . ." Fed. R. Civ. P. 4(d)(2)(A).

It appears that Defendant Cortes was given the opportunity required by Rule 4(d)(1) to waive service, but failed to return the waiver to the United States Marshal, although Defendant Cortes did make an appearance in the action. The Court shall provide Defendant Cortes with the opportunity to show good cause for failing to waive service. If Defendant Cortes either fails to respond to this order or responds but fails to show good cause, the costs incurred in effecting service shall be imposed.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Defendant Cortes may, within **thirty (30) days** from the date of service of this order, **either**:

    a. Show good cause in writing for failing to waive service; **or**

    b. Reimburse the **$105.20** in costs incurred in effecting personal service by sending payment to the United States Marshals Service at 501 I Street, Suite 5600, Sacramento, California 95814, with the case number for this action clearly indicated; and

2. If Defendant Cortes fails to respond to this order or responds but fails to show good cause, the Court shall impose the costs incurred in effecting service.

IT IS SO ORDERED.

Dated:   **December 1, 2025**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

3